Buzzi L. Shindler (SBN: 020001)
**BUCHALTER,**
 **A PROFESSIONAL CORPORATION**
15279 North Scottsdale Road, Suite 400
Scottsdale, AZ 85254-2659
Telephone: 480.383.1800
Fax: 480.824.9400
Email: bshindler@buchalter.com

Artin Betpera (admitted *pro hac vice*)
**BUCHALTER,**
 **A PROFESSIONAL CORPORATION**
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: 949.760.1121
Fax: 949.720.0182
Email: abetpera@buchalter.com

Attorneys for Defendant Gen Digital Inc.

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michelle Jackson, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Gen Digital Inc.,<br><br>Defendant. | No. 2:25-cv-00535-MTL<br><br>**DEFENDANT GEN DIGITAL INC.'S ANSWER TO PLAINTIFF'S COMPLAINT** |

Defendant Gen Digital Inc. ("Gen") hereby answers the Complaint of Plaintiff Michelle Jackson ("Plaintiff"), as follows:

**Nature of this Action**

1. This paragraph does not contain any factual allegations to which a response is required. To the extent this paragraph contains any factual allegations, those allegations are denied.

2. This paragraph does not contain any factual allegations to which a response is required. To the extent this paragraph contains any factual allegations, those allegations are denied.

3. Gen denies the allegations of Paragraph 3 of the Complaint.

4. Gen denies the allegations of Paragraph 4 of the Complaint.

## Jurisdiction and Venue

5. This paragraph does not contain any factual allegations to which a response is required. To the extent this paragraph contains any factual allegations, those allegations are denied.

6. This paragraph does not contain any factual allegations to which a response is required. To the extent this paragraph contains any factual allegations, those allegations are denied.

## Parties

7. Answering Paragraph 7 of the Complaint, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

8. Gen admits the allegations of Paragraph 8 of the Complaint.

9. In response to Paragraph 9 of the Complaint, Gen admits that it provides cyber safety products only. Gen denies the remaining allegations of Paragraph 9.

10. Gen admits the allegations of Paragraph 10 of the Complaint.

## Factual Allegations

11. In response to Paragraph 11 of the Complaint, Gen admits it attempted at least one call to telephone number (928) XXX-2200 only. Gen denies the remaining allegations of Paragraph 11.

12. Answering Paragraph 12 of the Complaint, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

13. Answering Paragraph 13 of the Complaint, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

14. Answering Paragraph 14 of the Complaint, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

15. Answering Paragraph 15 of the Complaint, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

16. Answering Paragraph 16 of the Complaint, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

17. Answering Paragraph 17 of the Complaint, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

18. Gen admits the allegations of Paragraph 18.

19. Answering Paragraph 19 of the Complaint, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

20. Answering Paragraph 20 of the Complaint, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

21. Answering Paragraph 21 of the Complaint, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

22. Answering Paragraph 22 of the Complaint, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

23. Answering Paragraph 23 of the Complaint, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

24. Answering Paragraph 24 of the Complaint, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

25. Answering Paragraph 25 of the Complaint, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

26. Answering Paragraph 26 of the Complaint, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

27. Answering Paragraph 27 of the Complaint, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

28. Answering Paragraph 28 of the Complaint, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

29. Answering Paragraph 29 of the Complaint, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

30. Answering Paragraph 30 of the Complaint, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

31. Answering Paragraph 31 of the Complaint, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

32. Answering Paragraph 32 of the Complaint, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

33. Answering Paragraph 33 of the Complaint, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

34. Answering Paragraph 34 of the Complaint, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

35. Answering Paragraph 35 of the Complaint, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

36. Answering Paragraph 36 of the Complaint, Gen admits that it maintains certain records of outbound telephone calls it makes to LifeLock customers only.  Gen is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis denies the remaining allegations contained therein.

37. Answering Paragraph 37 of the Complaint, Gen admits that it maintains certain records of outbound telephone calls it makes to LifeLock customers only. Gen is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, including whether or not any pre-recorded call was delivered or played, and on that basis denies the remaining allegations contained therein.

38. Answering Paragraph 38 of the Complaint, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

39. In response to Paragraph 39 of the Complaint, Gen admits it attempted at least one call to telephone number (928) XXX-2200 only. Gen is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis denies the remaining allegations contained therein.

40. In response to Paragraph 40 of the Complaint, Gen admits it attempted at least one call to telephone number (928) XXX-2200 only. Gen is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis denies the remaining allegations contained therein.

41. In response to Paragraph 41 of the Complaint, Gen admits it attempted at least one call to telephone number (928) XXX-2200 only. Gen is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis denies the remaining allegations contained therein.

42. In response to Paragraph 42 of the Complaint, Gen admits it attempted at least one call to telephone number (928) XXX-2200 only. Gen is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in said paragraph, and on that basis denies the remaining allegations contained therein.

43. Answering Paragraph 43 of the Complaint, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

44. Answering Paragraph 44 of the Complaint, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

**Class Action Allegations**

45. This paragraph does not contain any factual allegations to which a response is required. To the extent this paragraph contains any factual allegations, those allegations are denied.

46. This paragraph does not contain any factual allegations to which a response is required. To the extent this paragraph contains any factual allegations, those allegations are denied.

47. This paragraph does not contain any factual allegations to which a response is required. To the extent this paragraph contains any factual allegations, those allegations are denied.

48. Gen denies the allegations of Paragraph 48 of the Complaint.

49. This paragraph does not contain any factual allegations to which a response is required. To the extent this paragraph contains any factual allegations, those allegations are denied.

50. Answering Paragraph 50 of the Complaint, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

51. Answering Paragraph 51 of the Complaint, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

52. Answering Paragraph 52 of the Complaint, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

53. Answering Paragraph 53 of the Complaint, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

54. Answering Paragraph 54 of the Complaint, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

55. Answering Paragraph 55 of the Complaint, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

56. Answering Paragraph 56 of the Complaint, Gen is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

57. This paragraph does not contain any factual allegations to which a response is required. To the extent this paragraph contains any factual allegations, those allegations are denied.

58. This paragraph does not contain any factual allegations to which a response is required. To the extent this paragraph contains any factual allegations, those allegations are denied.

59. This paragraph does not contain any factual allegations to which a response is required. To the extent this paragraph contains any factual allegations, those allegations are denied.

## Count I

## Violation of 47 U.S.C. § 227(b)(1)(A)(iii)

60. Gen incorporates its responses to the preceding paragraphs of this Answer as though fully set forth herein.

61. Gen denies the allegations of Paragraph 61 of the Complaint.

62. Gen Denies the allegations of Paragraph 62 of the Complaint.

## Trial by Jury

63. This paragraph does not contain any factual allegations to which a response is required. To the extent this paragraph contains any factual allegations, those allegations are denied. Gen further denies that Plaintiff is entitled to any relief in this action.

## AFFIRMATIVE DEFENSES

## First Affirmative Defense

## Prior Express Consent

Gen is informed and believes, and on that basis alleges that to the extent Gen made any pre-recorded calls to the telephone numbers associated with individuals that meet Plaintiff's putative class definition, it did so with the prior express consent of the called party. To the extent any of the telephone numbers called by Gen had been reassigned at the time of any given call, Gen made those calls in reasonable reliance upon the prior express consent it had received from the prior subscriber.

## Second Affirmative Defense

## Lack of Subject Matter Jurisdiction

Plaintiff lacks Article III standing to assert the claims she has alleged against Gen. Among other things, Plaintiff cannot allege she has suffered an injury in fact that is: (1) fairly traceable to Gen; or (2) capable of redress against Gen.

### Third Affirmative Defense

### Emergency Purpose

Some or all of the calls allegedly made by Gen were made for an emergency purpose, including for the purpose of informing Gen's customers of fraudulent financial or internet activity.

### Fourth Affirmative Defense

### Due Process – Eighth Amendment

The Complaint, in asserting claims under the Telephone Consumer Protection Act ("TCPA"), violates the rights of Gen to protection from "excessive fines" as provided in the Eighth Amendment to the United States Constitution. Statutory penalties violate due process rights "where the penalty prescribed is so severe and oppressive as to be wholly disproportioned to the offence and obviously unreasonable." *United States v. Citrin*, 972 F.2d 1044, 1051 (9th Cir. 1992) (quoting *St Louis, I.M. & S. Ry. Co. v. Williams*, 251 U.S. 63, 66-67 (1919)). The alleged violation at issue – "making" a call to a cell phone that may or may not have been connected, received, or answered – causes de minimis or no actual harm. Imposition of a $500.00 per call penalty is plainly excessive in this context and, taken in the aggregate, may result in potential damages that are not proportional to the conduct alleged.

### Fifth Affirmative Defense

### Due Process – Fifth Amendment

The penalties sought by Plaintiff under the TCPA, particularly on a class-wide basis, exceed the constitutional limits of the Due Process Clause of the Fifth Amendment to the United States Constitution. As aggregated on a class-wide basis, the statutory penalties sought by Plaintiff are wholly disproportioned and obviously unreasonable in relation to the goals of the TCPA and the conduct the statute prohibits.

### Sixth Affirmative Defense

### Due Process – Punitive or Exemplary Damages

The Complaint, to the extent that it seeks punitive or exemplary damages under the TCPA (including for alleged willful violations), violates the rights of Gen under the Due Process provisions of the United States Constitution. Specifically, grossly excessive penalties entered on a discretionary basis may amount to an "arbitrary deprivation of property without due process of law." E.g., *TXO Production Corp. v. Alliance Resources Corp.*, 509 U.S. 443, 453, 454 (1993); *BMW of N. Am., Inc. v. Gore*, 517 U.S. 559, 562 (1996). The TCPA affords discretion to award up to $1,500.00 "per violation." Yet, the alleged violation at issue causes *de minimis* or no actual harm. Hence, imposition of the discretionary punitive damage element built into the TCPA would violate the BMW proportionality test.

### Seventh Affirmative Defense

### First Amendment

The TCPA and the regulations and rules promulgated thereunder violate the First Amendment of the United States Constitution, including by imposing content-based restrictions on speech that fail to withstand strict scrutiny.

### Eighth Affirmative Defense

### Federal Communications Commission Exceeded Delegated Authority

The Hobbs Act cannot be validly or constitutionally applied to preclude Gen from raising defenses to an action arising under the TCPA or rules or regulations promulgated thereunder. Plaintiff's TCPA claims are barred because they are based upon regulations or rulings that exceeded the delegated authority of the Federal Communications Commission.

### Ninth Affirmative Defense

### Arbitration and Class Waiver

Plaintiff and the putative class members are barred from asserting claims in this forum to the extent their claims are subject to a binding arbitration agreement and an agreement to arbitrate their disputes on an individual (non-class) basis, depriving this Court of jurisdiction over such claims, and rendering venue in this Court improper.

### Tenth Affirmative Defense

### Acquiescence, Estoppel, and Waiver

Plaintiff and the putative class members are barred from asserting their claims, in whole or in part, by the doctrines of acquiescence, estoppel, and/or waiver. For example, Plaintiff cannot assert claims under the TCPA against Gen to the extent they or others voluntarily provided telephone numbers for the purpose of receiving calls like the ones referenced in the Complaint.

DATED: April 11, 2025

                BUCHALTER, A PROFESSIONAL
                  CORPORATION

                By:   */s/Artin Betpera*
                        Buzzi L. Shindler
                        Artin Betpera
                        Attorneys for Defendant Gen Digital Inc.

DEFENDANT GEN DIGITAL INC.'S ANSWER TO PLAINTIFF'S COMPLAINT

BN 88278129v2

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 14th day of April, 2025, to:

Michael L. Greenwald
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, Florida 33431
mgreenwald@gdrlawfirm.com

By: */s/Loretta Chapman*

DEFENDANT GEN DIGITAL INC.'S ANSWER TO PLAINTIFF'S COMPLAINT
BN 88278129v2