IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michelle Jackson, *on behalf of herself and others similarly situated*,<br><br>     Plaintiff,<br><br>vs.<br><br>Gen Digital Inc.,<br><br>     Defendant. | No.: 2:25-cv-00535-MTL<br><br>**DECLARATION OF MICHELLE JACKSON IN SUPPORT OF HER UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

I, Michelle Jackson, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Michelle Jackson.

2. I am over twenty-one years of age.

3. I have personal knowledge of the statements included in this declaration.

4. I am filing this declaration in support of my motion for preliminary approval of class action settlement.

5. I am a member of the settlement class, which is defined as:

> All persons throughout the United States (1) to whom Gen Digital Inc. placed, or caused to be placed, a call regarding a LifeLock or Norton account, (2) directed to a telephone number assigned to a cellular telephone service, but not assigned to a person who has or had a LifeLock or Norton account with Gen Digital Inc., (3) in connection with which Gen Digital Inc. used or caused to be used an artificial or prerecorded voice, (4) from February 19, 2021 to October 30, 2025.

6. As I outlined in my class action complaint, I received a number of artificial or prerecorded voice calls on my cell phone from Gen Digital Inc. regarding a LifeLock account that belonged to someone other than me. I have never had a LifeLock account.

7. I did not consent or otherwise provide permission to Gen Digital Inc. to place robocalls to my cell phone.

8. I have been actively involved in this case since it started, including by providing responsive documents and information.

9. I have devoted a lot of time to this case, including by communicating regularly with my attorneys.

10. I participated at the mediation that resulted in the settlement now before this Court.

11. I have made, and am prepared to make, all necessary decisions involving this matter with settlement class members' best interests in mind.

12. I am very proud of the $9.95 million settlement, which will provide significant payments to participating settlement class members. It was also important to me that Gen Digital Inc. change its calling practices to help avoid unwanted calls in the future, which they will do as a result of my case and this settlement.

13. I retained Greenwald Davidson Radbil PLLC to represent me in this case because of their significant experience in robocall class actions.

Executed on December 19, 2025.   By: *s/ Michelle Jackson*
                                     Michelle Jackson