Michael L. Greenwald (*admitted pro hac vice*)
James L. Davidson (*admitted pro hac vice*)
Greenwald Davidson Radbil PLLC
5550 Glades Road, Suite 500
Boca Raton, Florida 33431
(561) 826-5477
mgreenwald@gdrlawfirm.com
jdavidson@gdrlawfirm.com

Counsel for Plaintiff and proposed Class Counsel

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michelle Jackson, *on behalf of herself and others similar situated*,<br><br>Plaintiff,<br><br>v.<br><br>Gen Digital Inc.,<br><br>Defendant. | No.: 2:25-cv-00535-MTL<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF HER UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

On December 19, 2025, Michelle Jackson filed her unopposed motion for preliminary approval of the parties' $9.95 million class action settlement under the Telephone Consumer Protection Act ("TCPA"). *See* ECF No. 21.

On January 14, 2026, the District of Oregon granted final approval to a $1.95 million TCPA class action settlement. *See Arthur v. Oregon Community Credit Union*, No. 6:24-cv-01700-MC, 2026 WL 103162 (D. Or. Jan. 14, 2026). Ms. Jackson respectfully submits that the court's reasoning in *Arthur* further supports granting preliminary approval to the parties' settlement here.

Dated: January 26, 2026            Respectfully submitted,

<u>/s/ Michael L. Greenwald</u>
Michael L. Greenwald
Greenwald Davidson Radbil PLLC

<u>/s/ Anthony I. Paronich</u>
Anthony I. Paronich
Paronich Law, P.C.

Proposed Class Counsel

1