Buzzi L. Shindler (SBN: 020001)
Glenn B. Hotchkiss (SBN: 012194)
**BUCHALTER LLP**
15279 North Scottsdale Road, Suite 400
Scottsdale, AZ 85254-2659
Telephone: 480.383.1800
Fax: 480.824.9400
Email: bshindler@buchalter.com
        ghotchkiss@buchalter.com

Artin Betpera (admitted *pro hac vice*)
**BUCHALTER LLP**
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: 949.760.1121
Fax: 949.720.0182
Email: abetpera@buchalter.com

Attorneys for Defendant Gen Digital Inc.

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| Michelle Jackson, on behalf of herself and others similarly situated, | No. 2:25-cv-00535-MTL |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF GLENN B. HOTCHKISS** |
| v. | |
| Gen Digital Inc., | |
| Defendant. | |

Defendant Gen Digital Inc. hereby gives notice that attorney Glenn B. Hotchkiss (Arizona Bar No. 012194) of Buchalter LLP enters his appearance in this action on behalf of Defendant Gen Digital Inc.

Mr. Hotchkiss shall receive all notices, filings, and papers in this action and appears as additional counsel for Defendant.

Dated: July 9, 2026.

-1-

N8854.000012 BUCHALTER 111351555v2

**BUCHALTER LLP**


By:  /s/ Glenn B. Hotchkiss
   Artin Betpera
   Buzzi L. Shindler
   Glenn B. Hotchkiss
   Attorneys for Defendant Gen Digital Inc.

-2-

N8854.000012 BUCHALTER 111351555v2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of July, 2026, the foregoing Notice of Appearance was electronically filed with the Clerk via the Court's CM/ECF system, which will serve a copy on all counsel of record.

/s/ Linda Suggs
Linda Suggs

-3-

N8854.000012 BUCHALTER 111351555v2