**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Michelle Jackson, | **NO. CV-25-00535-PHX-MTL** |
| Plaintiff, | |
| v. | **JUDGMENT OF DISMISSAL IN A** |
| Gen Digital Incorporated, | **CIVIL CASE** |
| Defendant. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed July 14, 2026, this action is dismissed with prejudice, and this case is now closed.

Daniel R. McAllister
District Court Executive/Clerk of Court

July 14, 2026

By    s/ A. Roybal
Deputy Clerk